**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: VOLLING, DANIEL J.        § | Case No. 10-74072 |
| VOLLING, JANIS L.            § | |
|                         § | |
| Debtor(s)                    § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Clerk of The U S Bankruptcy Court
   211 South Court Street
   Rockford IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 04/27/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  03/22/2011            By:  /s/BERNARD J. NATALE
                                                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: VOLLING, DANIEL J. § Case No. 10-74072
      VOLLING, JANIS L. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 6,500.03 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 6,500.03 |
| **Balance on hand:** | $ 6,500.03 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 6,500.03 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 1,400.00 | 0.00 | 1,400.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,232.25 | 0.00 | 1,232.25 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 9.30 | 0.00 | 9.30 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,641.55 |
| Remaining balance: | $ 3,858.48 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 3,858.48 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 3,858.48 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 71,394.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 229.65 | 0.00 | 12.41 |
| 2 | Chase Bank USA, N.A. | 15,736.54 | 0.00 | 850.48 |
| 3 | Chase Bank USA, N.A. | 18,222.87 | 0.00 | 984.85 |
| 4 | PYOD LLC as assignee of Citibank | 11,429.47 | 0.00 | 617.70 |
| 5 | Sallie Maie | 9,870.86 | 0.00 | 533.47 |
| 6 | PYOD LLC as assignee of Citibank | 15,904.90 | 0.00 | 859.57 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 3,858.48 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 10-74072-MB
Daniel J. Volling                                               Chapter 7
Janis L. Volling
         Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: cshabez              Page 1 of 1              Date Rcvd: Apr 06, 2011
                              Form ID: pdf006            Total Noticed: 20
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 08, 2011.
```
db/jdb    +Daniel J. Volling,   Janis L. Volling,   10408 Eastwood Drive,   Huntley, IL 60142-4054
aty       +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
aty       +James P Mullally,   Konewko & Assoc., Ltd.,   29W204 Roosevelt Road,
            West Chicago, IL 60185-3926
aty       +Scott E Hillison,   Bernard J Natale, Ltd,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
tr        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
15994540  +AT&T Wireless,   PO Box 6428,   Carol Stream, IL 60197-6428
15994541  +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
15994543   Chase,   PO Box 15298,   Wilmington, DE 19850-5298
15994542  +Chase,   Po Box 15153,   Wilmington, DE 19850-5153
15994544  +Chase Auto Finance,   P.O. Box 901039,   Fort Worth, TX 76101-2039
15994545  +Chase Auto Loans,   P.O. Box 901039,   Fort Worth, TX 76101-2039
16362143   Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15994546  +CitiCard,   Po Box 6241,   The Lakes, NV 89163-0001
15994547  +CitiCard,   Po Box 6241,   Sioux Falls, SD 57117-6241
15994548   CitiMortgage,   P.O. Box 183040,   Gaithersburg, MD 20898
15994549  +Home State Bank,   40 Grant St,   Crystal Lake, IL 60014-4367
16514265  +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
            c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15994550  +Sallie Mae,   Po Box 9500,   Wilkes Barre, PA 18773-9500
16515438  +sallie mae,   c/o sallie mae inc.,   220 lasley ave.,   wilkes-barre pa 18706-1496
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
16300505   E-mail/PDF: BNCEmails@blinellc.com Apr 06 2011 23:54:33   Roundup Funding, LLC,   MS 550,
            PO Box 91121,   Seattle, WA 98111-9221
15994550  +E-mail/PDF: pa_dc_claims@salliemae.com Apr 06 2011 23:59:28   Sallie Mae,   Po Box 9500,
            Wilkes Barre, PA 18773-9500
16515438  +E-mail/PDF: pa_dc_claims@salliemae.com Apr 06 2011 23:59:28   sallie mae,   c/o sallie mae inc.,
            220 lasley ave.,   wilkes-barre pa 18706-1496
                                                                                             TOTAL: 3
```

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*       +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
            Rockford, IL 61108-2582
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 08, 2011          Signature:** _Joseph Speetjens_