**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: VOLLING, DANIEL J. § Case No. 10-74072 | |
| VOLLING, JANIS L. § | |
| § | |
| Debtor(s) § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $304,141.00                Assets Exempt: $9,400.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $3,858.48     Claims Discharged
                                                Without Payment: $70,750.81

Total Expenses of Administration: $2,641.55

3) Total gross receipts of $ 6,500.03 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $6,500.03 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $505,982.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,641.55 | 2,641.55 | 2,641.55 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 72,243.12 | 71,394.29 | 71,394.29 | 3,858.48 |
| **TOTAL DISBURSEMENTS** | $578,225.12 | $74,035.84 | $74,035.84 | $6,500.03 |

4) This case was originally filed under Chapter 7 on August 14, 2010. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/16/2011        By: /s/BERNARD J. NATALE
                                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 — GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Chrysler 300 | 1129-000 | 6,500.00 |
| Interest Income | 1270-000 | 0.03 |
| **TOTAL GROSS RECEIPTS** | | **$6,500.03** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 — FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 — SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of America | 4110-000 | 391,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Finance | 4110-000 | 19,542.00 | N/A | N/A | 0.00 |
| NOTFILED | CitiMortgage | 4110-000 | 75,900.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase Auto Loans | 4110-000 | 19,540.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$505,982.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 9.30 | 9.30 | 9.30 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,232.25 | 1,232.25 | 1,232.25 |
| BERNARD J. NATALE | 2100-000 | N/A | 1,400.00 | 1,400.00 | 1,400.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,641.55 | 2,641.55 | 2,641.55 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Roundup Funding, LLC | 7100-000 | N/A | 229.65 | 229.65 | 12.41 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 15,235.12 | 15,736.54 | 15,736.54 | 850.48 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 17,709.00 | 18,222.87 | 18,222.87 | 984.85 |
| 4 | PYOD LLC as assignee of Citibank | 7100-000 | 10,918.00 | 11,429.47 | 11,429.47 | 617.70 |
| 5 | Sallie Maie | 7100-000 | 9,625.00 | 9,870.86 | 9,870.86 | 533.47 |
| 6 | PYOD LLC as assignee of Citibank | 7100-000 | 15,541.00 | 15,904.90 | 15,904.90 | 859.57 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | Home State Bank | 7100-000 | 3,215.00 | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 72,243.12 | 71,394.29 | 71,394.29 | 3,858.48 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74072  **Trustee:** (330370) BERNARD J. NATALE
**Case Name:** VOLLING, DANIEL J.  **Filed (f) or Converted (c):** 08/14/10 (f)
VOLLING, JANIS L.  **§341(a) Meeting Date:** 09/27/10
**Period Ending:** 06/16/11  **Claims Bar Date:** 01/18/11

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Location: 10408 Eastwood | 275,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Two checking accounts at Chase | 1,328.00 | 122.00 | DA | 0.00 | FA |
| 3 | Savings account at Chase | 8.00 | 0.00 | DA | 0.00 | FA |
| 4 | Joint account at Chase | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | HOUSEHOLD GOODS AND FURNISHINGS | 3,255.00 | 769.00 | DA | 0.00 | FA |
| 6 | BOOKS AND ART OBJECTS | 400.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | FURS AND JEWELRY | 1,300.00 | 600.00 | DA | 0.00 | FA |
| 9 | FIREARMS AND HOBBY EQUIPMENT | 750.00 | 0.00 | DA | 0.00 | FA |
| 10 | 2006 Chrysler 300 | 10,000.00 | 6,750.00 | | 6,500.00 | FA |
| 11 | 2002 Honda Civic | 3,000.00 | 1,000.00 | DA | 0.00 | FA |
| 12 | 2006 Suburban | 17,000.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.03 | FA |
| 13 | Assets Totals (Excluding unknown values) | **$314,141.00** | **$9,241.00** | | **$6,500.03** | **$0.00** |

**Major Activities Affecting Case Closing:**
CLAIMS BAR DATE EXPIRED JAN 2012. CLAIMS TO BE EXAMINED AND OBJECTIONS FILED AS NECESSARY.

**Initial Projected Date Of Final Report (TFR):**   May 1, 2011    **Current Projected Date Of Final Report (TFR):**   March 22, 2011  (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 10-74072 | | **Trustee:** | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- | --- |
| **Case Name:** | VOLLING, DANIEL J. | | **Bank Name:** | The Bank of New York Mellon |
| | VOLLING, JANIS L. | | **Account:** | 9200-******13-65 - Money Market Account |
| **Taxpayer ID #:** | **-***8252 | | **Blanket Bond:** | $606,000.00  (per case limit) |
| **Period Ending:** | 06/16/11 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 01/04/11 | {10} | Daniel Volling | Pymt of Compromise Re: 2006 Automobile | 1129-000 | 6,500.00 | | 6,500.00 |
| 03/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.03 | | 6,500.03 |
| 03/21/11 | | To Account #9200******1366 | Transfer for Final Report | 9999-000 | | 6,500.03 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 6,500.03 | 6,500.03 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,500.03 | |
| | | | **Subtotal** | | **6,500.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,500.03** | **$0.00** | |

{} Asset reference(s)

Printed: 06/16/2011 04:33 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 10-74072 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | VOLLING, DANIEL J. | | Bank Name: | The Bank of New York Mellon |
| | VOLLING, JANIS L. | | Account: | 9200-******13-66 - Checking Account |
| Taxpayer ID #: | **-***8252 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 06/16/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/21/11 | | From Account #9200******1365 | Transfer for Final Report | 9999-000 | 6,500.03 | | 6,500.03 |
| 04/27/11 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $1,400.00, Trustee Compensation;  Reference: | 2100-000 | | 1,400.00 | 5,100.03 |
| 04/27/11 | 102 | Roundup Funding, LLC | Distribution paid   5.40% on $229.65; Claim# 1; Filed: $229.65; Reference: 2253 | 7100-000 | | 12.41 | 5,087.62 |
| 04/27/11 | 103 | Sallie Maie | Distribution paid   5.40% on $9,870.86; Claim# 5; Filed: $9,870.86; Reference: 8620 | 7100-000 | | 533.47 | 4,554.15 |
| 04/27/11 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,241.55 | 3,312.60 |
| | | | Dividend paid 100.00%    1,232.25 on $1,232.25;  Claim# ATTY; Filed: $1,232.25 | 3110-000 | | | 3,312.60 |
| | | | Dividend paid 100.00%    9.30 on $9.30;  Claim# EXP; Filed: $9.30 | 3120-000 | | | 3,312.60 |
| 04/27/11 | 105 | Chase Bank USA, N.A. | Combined Check for Claims#2,3 | | | 1,835.33 | 1,477.27 |
| | | | Dividend paid   5.40% on    850.48 $15,736.54;  Claim# 2; Filed: $15,736.54; Reference: 7885 | 7100-000 | | | 1,477.27 |
| | | | Dividend paid   5.40% on    984.85 $18,222.87;  Claim# 3; Filed: $18,222.87; Reference: 0383 | 7100-000 | | | 1,477.27 |
| 04/27/11 | 106 | PYOD LLC as assignee of Citibank | Combined Check for Claims#4,6 | | | 1,477.27 | 0.00 |
| | | | Dividend paid   5.40% on    617.70 $11,429.47;  Claim# 4; Filed: $11,429.47; Reference: 8293 | 7100-000 | | | 0.00 |
| | | | Dividend paid   5.40% on    859.57 $15,904.90;  Claim# 6; Filed: $15,904.90; Reference: 2168 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | **6,500.03** | **6,500.03** | **$0.00** |
| | | | Less: Bank Transfers | | 6,500.03 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **6,500.03** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$6,500.03** | |

{} Asset reference(s)

Printed: 06/16/2011 04:33 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 10-74072  
**Case Name:** VOLLING, DANIEL J.  
VOLLING, JANIS L.  
**Taxpayer ID #:** **-***8252  
**Period Ending:** 06/16/11

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******13-66 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******13-65 | 6,500.03 | 0.00 | 0.00 |
| Checking # 9200-******13-66 | 0.00 | 6,500.03 | 0.00 |
|  | $6,500.03 | $6,500.03 | $0.00 |

{} Asset reference(s)        Printed: 06/16/2011 04:33 PM    V.12.56